**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: July 24, 2007

Case No: **C-07-02095 EDL**

Case Name: **GEOFFREY ROBERT HAMILTON v. USA**

    Attorneys:    Pltf: No appearance        Deft:

    Deputy Clerk:  Lili M. Harrell        FTR Digital Recorder: 10:46am

**PROCEEDINGS:**
    Initial Case Management Conference - Not held.

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:**

cc: