United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY ROBERT HAMILTON, | No. C-07-02095  EDL |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
|   v. | |
| USA, | |
|     Defendant. | |

By court order filed on April 13, 2007, this case was set for an initial case management conference on July 24, 2007 at 10:00 a.m. Plaintiff failed to appear on July 24, 2007 for the case management conference. Nor did he file a case management conference statement as required by the April 13, 2007 court order. Plaintiff has made no communication with the Court regarding this case since it was filed on April 13, 2007 and the docket does not reflect proof of service on Defendant.

Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The show cause hearing is scheduled for **August 14, 2007** at **10:00 a.m.** in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff wishes to pursue this case, Plaintiff must appear (or request a telephonic appearance) at the hearing and be prepared to discuss why this Court should not dismiss his action for failure to prosecute. If Plaintiff fails to appear at the hearing without prior excuse, or fails to show good cause for failure to prosecute, this Court will have this case reassigned

1  //

3  with a recommendation to dismiss.

4  **IT IS SO ORDERED.**

6  Dated: July 24, 2007

   _____
   ELIZABETH D. LAPORTE
   United States Magistrate Judge