**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   August 14, 2007

Case No:  **C-07-02095 EDL**

Case Name:  **GEOFFREY ROBERT HAMILTON v. USA**

   Attorneys:    Pltf:  No appearance            Deft:

   Deputy Clerk:  Lili M. Harrell            FTR Digital Recorder: 10:48am


**PROCEEDINGS:**
   Order to Show Cause Hearing - Not held


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**Notes:**




cc: