IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY ROBERT HAMILTON, | No. C-07-02095 EDL |
| Plaintiff, | **REPORT AND RECOMMENDATION RE: DISMISSAL** |
| v. | |
| USA, | |
| Defendant. | |

Plaintiff, who is not represented by counsel, filed this action on April 13, 2007. By court order dated April 13, 2007, this case was set for an initial case management conference on July 24, 2007 at 10:00 a.m. Plaintiff failed to appear at the July 24, 2007 Case Management Conference. Nor did he file a case management conference statement as required by court order.

Further, it appears from the record that Plaintiff has not served Defendant with the summons and complaint. Plaintiff was required to serve Defendant within 120 days of the filing of his Complaint. See Fed. R. Civ. P. 4(m).

On July 25, 2007, the Court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Order was served by mail on Plaintiff at his address of record. See Dkt. No. 6-2. The docket does not reflect any returned mail. Plaintiff failed to appear at the August 14, 2007 hearing on the Order to Show Cause or to otherwise contact the Court regarding his case.

To date, no consent form has been received from any party. Therefore, this case shall be reassigned to a district court judge. In view of Plaintiff's failure to diligently prosecute this case, the Court recommends that the district court dismiss the above-captioned case.

Any party may file objections to this report and recommendation with the district judge within ten days after being served with a copy. See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.

**IT IS SO ORDERED.**

Dated: August 16, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2