UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY ROBERT HAMILTON,<br><br>           Plaintiff,<br><br>v.<br><br>USA et al,<br><br>           Defendant. | Case Number: CV07-02095 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

Dated: August 17, 2007

                                              Richard W. Wieking, Clerk
                                              By: Lili M. Harrell, Deputy Clerk