IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY ROBERT HAMILTON, | No. C-07-02095 EDL |
| Plaintiff, | **REASSIGNMENT ORDER** |
| v. | |
| USA, | |
| Defendant. | |

In view of the Report and Recommendation dated August 16, 2007, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: August 16, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge