**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————

www.cand.uscourts.gov

Richard W. Wieking                                                                                               General Court Number
Clerk                                                                                                                                   415.522.2000

**August 28, 2007**

**CASE NUMBER:  CV 07-02095 EDL**
**CASE TITLE:  GEOFFREY ROBERT HAMILTON-v-USA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/28/07

                                                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                                                _____/s/ Richard W. Wieking_____
                                                                                                                                                         Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                                 Entered in Computer 8/28/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA