IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY ROBERT HAMILTON,

        Plaintiff,

   v.

USA,

        Defendant.

_____/

No. C 07-02095 CW

ORDER ADOPTING
MAGISTRATE JUDGE'S
REPORT AND
RECOMMENDATION RE:
DISMISSAL

    The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Dismissal. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failure to prosecute.

Dated:  9/12/07

                                _____

                                CLAUDIA WILKEN
                                United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HAMILTON et al,

           Plaintiff,

  v.

USA et al,

           Defendant.
_____/

Case Number: CV07-02095 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

Dated: September 12, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California