**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY ROBERT HAMILTON,

    Plaintiff,

  v.

USA,

    Defendant.
_____/

No. C 07-02095 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Adopting Magistrate Judge's Report and Recommendation Re: Dismissal,

    IT IS ORDERED AND ADJUDGED

    That the above-captioned action is dismissed without prejudice.

    Dated at Oakland, California, this 12th day of September, 2007.

                                  RICHARD W. WIEKING
                                  Clerk of Court

                   By: *Sheilah Cahill*_____
                          SHEILAH CAHILL
                          Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HAMILTON et al,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-02095 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

Dated: September 12, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk