FILED

SEP 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY ROBERT HAMILTON,

    Plaintiff,

  v.

USA,

    Defendant.

No. 07-02095 CW

ORDER DENYING IN FORMA PAUPERIS

On September 12, 2007, the Court dismissed the above-captioned action without prejudice.

Accordingly, Plaintiff's In Forma Pauperis status is denied and no filing fee is due.

Dated  SEP 17 2007

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAMILTON et al,

        Plaintiff,

v.

USA et al,

        Defendant.

Case Number: CV07-02095 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

Dated: September 17, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk