OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UTF

**FILED**

SEP 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza,  OR 97623

CV07-02095 CW

OAKLAND CA 944
12 SEP 2007

POSTED BY $ 00.41⁰
SEP 12 2007
MAILED FROM ZIPCODE 94612

NIXIE        974   DC 1        00   09/18/07
                RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC:  94612521299        *1605-00124-12-43

MARSHALS SERVICE