**FILED**
OCT - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

9461205212

ҶТF

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR  97623

NIXIE        974    DC 1         00    10/02/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 9461252l299     *3089-02876-02-18



**FILED**
SEP 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

D STATES DISTRICT COURT

RN DISTRICT OF CALIFORNIA

No. 07-02095 CW

ORDER DENYING IN
FORMA PAUPERIS

___/

e Court dismissed the above-captioned

n Forma Pauperis status is denied

CLAUDIA WILKEN
United States District Judge