**Other Orders/Judgments**
3:07-cv-02095-EDL Hamilton v. USA
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from entered on 8/28/2007 10:37 AM and filed on 8/28/2007
**Case Name:** Hamilton v. USA
**Case Number:** 3:07-cv-2095
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER REASSIGNING CASE. Case reassigned to Judge Claudia Wilken for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 8/28/07. (ha, COURT STAFF) (Filed on 8/28/2007)

**3:07-cv-2095 Notice has been electronically mailed to:**

**3:07-cv-2095 Notice has been delivered by other means to:**

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** N:\7-2095.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/28/2007] [FileNumber=3705090-0]

[7ce6efc7b60dc184bf7a3676ea921511f93c4d2638dfb18e79257bc848afc1217161b
33ac0b50b94abde29a97445e4b5fcf2a10a7a4d6c4dbdacd971063a03ec]]

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**August 28, 2007**

**CASE NUMBER: CV 07-02095 EDL**
**CASE TITLE: GEOFFREY ROBERT HAMILTON-v-USA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/28/07

FOR THE EXECUTIVE COMMITTEE:

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 8/28/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA