OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Geoffrey Robert Hamilton
48400 Gerbu Road
Bonanza, OR 97623

CV07-02095 EDL

SAN FRANCISCO CA 941
21 AUG 2007

02 1A
0004329882
MAILED FROM ZIP CODE 94102
$ 00.58⁰
AUG 21 2007

RECEIVED
OCT - 5 2007

NIXIE        974    DC 1              00 10/05/07
             RETURN TO SENDER
             ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 94102348999         *1340-15006-21-41